B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 07–24231**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Monica Maldonado | Aristeo Maldonado |
| 4 Southbury Ct. | 4 Southbury Ct. |
| Streamwood, IL 60107 | Streamwood, IL 60107 |

Social Security No.:
   xxx–xx–1380                                          xxx–xx–1659

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: March 25, 2008                               Kenneth S. Gardner, Clerk
                                                                 United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

07-24231    Doc 18    Filed 03/25/08    Entered 03/28/08 00:20:43    Desc Imaged
                      Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: mgonzalez             Page 1 of 1          Date Rcvd: Mar 25, 2008
Case: 07-24231                Form ID: b18                Total Served: 24

The following entities were served by first class mail on Mar 27, 2008.
db           +Monica Maldonado,    4 Southbury Ct.,    Streamwood, IL 60107-1925
jdb          +Aristeo Maldonado,    4 Southbury Ct.,    Streamwood, IL 60107-1925
aty          +David M Siegel,    David M. Siegel & Associates,    790 Chaddick Drive,   Wheeling, IL 60090-6005
tr           +Richard J Mason,    McGuire Woods LLP,    77 West Wacker Drive,   Suite 4100,
               Chicago, IL 60601-1683
11835412      CBUSA /Home Depot,    CCS Gray OPS Center,    541 Sid Martin Rd.,   Gray, TN 37615
11835413     +CBUSA/Home Depot,    PO Box 6003,    Hagerstown, MD 21747-6003
11835415     +GMAC,    15303 S. 94th Ave.,    Orland Park, IL 60462-3825
11835416      GMAC,    PO Box 1994,    East Hanover, NJ 07936
11835414      GMAC,    PO Box 78369,    Phoenix, AZ 85062-8369
11835418     +HSBC/Cosco -Retail Services,    PO Box 17298,    Baltimore, MD 21297-1298
11835419     +HSBC/Cosco -Retail Services,    PO Box 15524,    Wilmington, DE 19850-5524
11835420      HSBC/Cosco -Retail Services,    Cost,    Wilmington, DE 19808
11835417      Home Depot Credit Services,    PO Box 9100,    Des Moines, IA 50364-0500
11835424     +Providian (WAMU/PRVDN),    PO Box 9007,    Pleasanton, CA 94566-9007
11835425     +Providian (WAMU/PRVDN),    4900 Johnson Dr.,    Pleasanton, CA 94588-3308
11835426      Sears,    PO Box 182149,    Columbus, OH 43218-2149
11835427      Sears (CBUSASEARS),    133200 Smith Rd.,    Cleveland, OH 44130
11835428     +Sears (CBUSEARS),    PO Box 6189,    Sioux Falls, SD 57117-6189
11835430     +Washington Mutual,    1191 2nd Ave.,    M/S RBB1933,    Seattle, WA 98101-3438
11835431     +Washington Mutual,    PO Box 44118,    Jacksonville, FL 32231-4118

The following entities were served by electronic transmission on Mar 26, 2008.
11835422     +EDI: RMSC.COM Mar 26 2008 00:03:00      Old Navy,    PO Box 981400,    El Paso, TX 79998-1400
11835421     +EDI: RMSC.COM Mar 26 2008 00:03:00      Old Navy,    Branch C11A,    PO Box 103065,
               Roswell, GA 30076-9065
11835423     +EDI: PROVID.COM Mar 26 2008 00:03:00      Providian,    PO Box 660487,    Dallas, TX 75266-0487
11835426      EDI: SEARS.COM Mar 26 2008 00:03:00      Sears,    PO Box 182149,    Columbus, OH 43218-2149
11835427      EDI: SEARS.COM Mar 26 2008 00:03:00      Sears (CBUSASEARS),    133200 Smith Rd.,
               Cleveland, OH 44130
11835429      EDI: AFNIVZWIRE.COM Mar 26 2008 00:03:00      Verizon Wireless,    PO Box 25506,
               Lehigh Valley, PA 18002-5506
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2008**                                **Signature:** *Joseph Speetjens*